# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDHI DHARMA, | Case No. ED CV 26-00234 FMO (AGR) |
| Petitioner, | |
| v. | **ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS** |
| ERNESTO SANTACRUZ, JR., et al., | |
| Respondents. | |

Having reviewed and considered all the briefing filed with respect to Budhi Dharma's ("petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Dkt. 1, "Petition"), and in light of respondents' lack of opposition to the Petition, (see Dkt. 7, Response at 1) ("Respondents do not have an opposition argument to present."), IT IS ORDERED THAT:

1. Petitioner's Petition for Writ of Habeas Corpus **(Document No. 1)** is **granted** as set forth in this Order.

2. Respondents shall release petitioner forthwith.

3. Respondents shall file with the court a Notice of Compliance within twenty-four (24) hours of releasing petitioner.

4. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District pending final resolution of this case, or unless executing a final order of removal issued against petitioner.

1     5. Judgment shall be entered accordingly.

2 Dated this 2nd day of February, 2026.

/s/
Fernando M. Olguin
United States District Judge
