JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BUDHI DHARMA, | ) | Case No. ED CV 26-00234 FMO (AGR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ERNESTO SANTACRUZ, JR., et al., | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT respondents shall release petitioner forthwith.  The above-captioned action is dismissed without prejudice.

Dated this 2nd day of February, 2026.

/s/
Fernando M. Olguin
United States District Judge